[No. 8415.  Department One.— October 31, 1885.]

## THE GRANGERS' BUSINESS ASSOCIATION OF CALIFORNIA, RESPONDENT, *v.* JOHN W. CLARK, APPELLANT.

CORPORATION — MORTGAGE — ESTOPPEL. — In an action by a corporation to foreclose a mortgage given by the defendant for money loaned to him by the corporation, the defendant is estopped to deny the regularity of the organization of the corporation and its power to enter into the contract.

APPEAL from an order of the Superior Court of the county of Alameda granting a new trial.

The facts are stated in the opinion of the court.

*Mich. Mullany,* for Appellant.

*Estee & Wilson,* for Respondent, cited 1 Jones on Mortgages, 683; *Franklin* v. *Twogood,* 18 Iowa, 515; *Bradley* v. *Bradley,* 53 Ill. 413; *Main* v. *Casserly,* 67 Cal. 127.

Ross, J. — The plaintiff loaned the defendant a certain sum of money, in consideration of which defendant executed to the plaintiff his certain promissory note, together with a mortgage upon certain property, to secure its payment; and this action by the plaintiff to foreclose the mortgage is resisted by defendant upon the alleged grounds (1) of irregularities in the organization of the plaintiff corporation, and (2) of the want of power on plaintiff's part to enter into the contract.

Upon established principles of equity, appellant's mouth is closed in respect to both points. (Sedgwick Stat. and Const. Law, 73; Bigelow on Estoppel, p. 424; Morawitz Priv. Corporations, § 100.)

Order affirmed.

McKEE, J., and McKINSTRY, J., concurred.